IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

2:10cv744-SPC-DNF

No. 14-14482-D

EMERSON PINKNEY,

                              Petitioner-Appellant,

versus

SECRETARY, DEPARTMENT OF CORRECTIONS,

                              Respondent-Appellee.

Appeal from the United States District Court
for the Middle District of Florida

ORDER:

Emerson Pinkney, a state prisoner proceeding *pro se*, has moved for a certificate of appealability to appeal the district court's denial of his 28 U.S.C. § 2254 petition for a writ of habeas corpus. Pinkney's motion is GRANTED on the following issue only:

> Whether the district court erred when it denied Pinkney's claim that his appellate counsel rendered ineffective assistance by failing to argue that the state trial court committed a fundamental error when it instructed the jury on the defenses of self-defense and justifiable use of deadly force?

Pinkney's motion for leave to proceed *in forma pauperis* is also GRANTED.

                                        /s/ Charles R. Wilson
                                    UNITED STATES CIRCUIT JUDGE